UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 06-410-01-02-03-M (DAR)** |
| | : | |
| **CHRISTOPHER FLEMING, ET.AL.,** | : | |
| | : | **Magistrate Judge Robinson** |
| Defendants. | : | |
| | : | |

GOVERNMENT'S MOTION TO CORRECT THE RECORD

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to correct the record, the complaint, and the combined preliminary hearing and bond hearing transcript from said hearing which transpired on Monday, September 1, 2006. The witness for the United States was Metropolitan Police Department Detective Lavinia Quigley who based on the initial complaint filed in this case, testified that there were two small buys made out of Apartment No. 202, xx xxxxxx xxxxxx, xxxxxxxxx, Washington, D.C. on August 22nd and August 26, 2006. The correct dates were September 22, 2006 and September 26, 2006. Detective David Dessin, who was the complaintant in this case, caught the misstake and brought it to the attention of the undersigned prosecutor and Detective Quigley. We submit that there was no prejudice to the defendants in this case since the correct dates were correctly stated in the discovery given to the defendants prior to the hearings. In all other respects, the undersigned prosecutor has determined that the initial complaint and the testimony of Detective Quigley were accurate renditions of the facts of this case.

Wherefore, we request that this pleading be made part of the record in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498-610


By: _____
MARTIN DEE CARPENTER
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this pleading has been filed and served electronically, this 2nd day of September, 2006, to counsel for Defendant Richards, Attorney Brian McDaniel, kbmassociates@aol.com and counsel for Defendant Miles, Attorney Joanne D. Slaight, jslaight@att.net and counsel for Defendant Fleming, Attorney Danielle Jahn.


_____
MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4116
Washington, D.C.  20530
(202) 514-7063

Email: martin.carpenter2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-410-01-02-03-M (DAR) |
| | : | |
| CHRISTOPHER FLEMING, ET.AL., | : | |
| | : | Magistrate Judge Robinson |
| Defendants. | : | |
| | : | |

## ORDER

Based on the representations in the Government's motion to correct the record and for good cause shown, it is hereby Ordered that the Government's motion, is hereby GRANTED, this _____ day of September, 2006.

It is hereby FURTHER ORDERED that the Government's motion be made a part of the record in this case.  SO ORDERED.

_____
JUDGE DEBORAH A. ROBINSON
Magistrate Judge, United States District Court
for the District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile   (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Attorney Brian K. McDaniel
Email: bkmassociates@aol.com

Attorney Danielle C. Jahn
Email: dani_jahn@fd.org

Attorney Joanne D.Slaight
Email: jslaight@att.net

Clerk of the Court
United States District Court
for the District of Columbia