**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
MAY 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

MICHAEL RICHARDS, *et al.*,

Defendants.

Criminal Action No. 05-242 (EGS)

UNITED STATES OF AMERICA

v.

MICHAEL RICHARDS, *et al.*,

Defendants.

Criminal Action No. 06-306 (EGS)

**ORDER**

Pursuant to the status hearing held on May 30, 2007, it is by the Court hereby

**ORDERED** that the government and defendants shall file any motions by no later than **June 1, 2007**; responses shall be filed by no later than **June 15, 2007**; replies, if any, shall be filed no later than **June 29, 2007**; and it is

**FURTHER ORDERED** that a status hearing is scheduled for **June 21, 2007 at 10:00 a.m.**

**SO ORDERED.**

**Signed:** **Emmet G. Sullivan**
**United States District Judge**
**May 31, 2007**