UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-306 (EGS)** |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **MICHAEL DANIEL RICHARDS,** | : | VIOLATIONS: 21 U.S.C. §846 |
| **RUSSELINE DENIEL MILES,** | : | (Conspiracy to Possess With Intent to Distribute |
| **CHRISTOPHER FLEMING,** | : | and to Distribute 50 Grams or More of |
| **DONNIE SMITH,** | : | Cocaine Base and 5 Kilograms or More of |
| **CONROY HUGHES FORBES,** | : | Cocaine); |
| **GREGORY ELLIS GANT,** | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| **JUNIOR SHAW,** | : | (Unlawful Distribution of 50 Grams or More |
| **Defendants.** | : | of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Distribution of 5 Grams or More of |
| | : | Cocaine Base); |
| | : | 21 U.S.C. §856(a)(2) |
| | : | (Unlawful Maintenance of a Premises to |
| | : | Manufacture, Distribute, Store and Use a |
| | : | Controlled Substance); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine Base); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

From on or about January 2000, the exact date being unknown to the Grand Jury, and continuing until at least September 26, 2006, in the District of Columbia, the State of Maryland, and elsewhere, **MICHAEL DANIEL RICHARDS, RUSSELINE DENIEL MILES,**

**CHRISTOPHER FLEMING, DONNIE SMITH, CONROY HUGHES FORBES, GREGORY ELLIS GANT, and JUNIOR SHAW,** defendants herein, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii); and a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 kilograms or more in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

> (**Conspiracy to Possess With Intent to Distribute and to Distribute 50 Grams or More of Cocaine Base and 5 Kilograms or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about December 6, 2001, within the District of Columbia, **MICHAEL DANIEL RICHARDS, and DONNIE SMITH**, defendants herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

> (**Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

## COUNT THREE

On or about February 19, 2002, within the District of Columbia, **MICHAEL DANIEL RICHARDS, and DONNIE SMITH**, defendants herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

> (**Unlawful Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT FOUR

On or about May 2, 2002, within the District of Columbia, **MICHAEL DANIEL RICHARDS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

> (**Unlawful Distribution of 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT FIVE

From on or about January 2000, the exact date being unknown to the Grand Jury, and continuing until at least September 26, 2006, within the District of Columbia, **MICHAEL DANIEL RICHARDS, RUSSELINE DENIEL MILES, CHRISTOPHER FLEMING, DONNIE SMITH, CONROY HUGHES FORBES, GREGORY ELLIS GANT, and JUNIOR SHAW**, as the owner, lessee, and agent of a building, room and enclosure, that is, 77 Hawaii Avenue, NE, Apartment 204, Washington, D.C.; 90 Webster Street, NE, Apartment 104, Washington, D.C.; 86 Webster Street, NE, Apartments 204 and 104, Washington, D.C.; 82 Webster Street, NE, Washington, D.C.; and 65

Hawaii Avenue, NE, Apartment 202, Washington, D.C., did unlawfully, knowingly and intentionally manage, control, open and maintain said building, room and enclosure for the purpose of unlawfully manufacturing, storing, distributing and using a controlled substance, that is, cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

> **(Unlawful Maintenance of a Premises to Manufacture, Distribute, Store and Use a Controlled Substance and Aiding and Abetting**,, in violation of Title 21, United States Code, Section 856(a)(2) and Title18, United States Code, Section 2)

### COUNT SIX

On or about August 18, 2006, within the District of Columbia, **MICHAEL DANIEL RICHARDS, RUSSELINE DENIEL MILES, and CHRISTOPHER FLEMING**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

> **(Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

### COUNT SEVEN

On or about August 29, 2006, within the District of Columbia, **MICHAEL DANIEL RICHARDS, RUSSELINE DENIEL MILES, and CHRISTOPHER FLEMING**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

> **(Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

## COUNT EIGHT

On or about September 22, 2006, within the District of Columbia, **MICHAEL DANIEL RICHARDS, RUSSELINE DENIEL MILES, and CHRISTOPHER FLEMING**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

> (**Unlawful Distribution of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT NINE

On or about September 26, 2006, within the District of Columbia, **MICHAEL DANIEL RICHARDS, RUSSELINE DENIEL MILES, and CHRISTOPHER FLEMING**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

> (**Unlawful Distribution of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT TEN

On or about September 26, 2006, within the District of Columbia, **MICHAEL DANIEL RICHARDS, RUSSELINE DENIEL MILES, and CHRISTOPHER FLEMING**, did unlawfully, knowingly and intentionally possessed with intent to distribute a mixture and substance containing

a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

>(**Unlawful Possession With Intent to Distribute 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.