UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 06-306 (EGS) |
| JUNIOR SHAW, | ) ) ) | |
| Defendant. | ) ) | |

UNOPPOSED MOTION TO ADOPT AND JOIN CO-DEFENDANT MOTIONS
AND SUPPORTING POINTS AND AUTHORITIES

    Junior Shaw, defendant, through counsel, respectfully moves this Honorable Court to allow him to adopt and join two motions previously filed in this case: 1) Co-defendant Flemming's "Motion to Sever Counts" and 2) Co-defendant Gant's 's "Motion to Compel Disclosures Regarding Government Informers."  As grounds for this motion, the defendant states:

1.    The government filed an indictment on June 5, 2007 charging Mr. Shaw with the following: Count One- Conspiracy to Distribute and Possession with Intent to Distribute 50 grams or more of cocaine base and 5 kilograms or more of cocaine; and Count Five - Unlawfully Maintaining a Premises to Manufacture, Distribute, Store and Use a Controlled

Substance and Aiding and Abetting. *See* 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(A)(iii), 846 and 18 U.S.C. §2; 21 U.S.C. § 856(a)(2), *respectively*.

2. There are seven co-defendants charged in the indictment. All defendants are scheduled for motions hearings on October 23, 2007 and for trial on January 15, 2008.[1]

3. Mr. Shaw was arraigned on August 8, 2007, after most of the co-defendants had already filed pre-trial motions. The Court ordered Mr. Shaw's counsel to file pre-trial motions by October 12, 2007.

4. At a status hearing held on September 26, 2007, defense counsel asked the Court for permission to file this motion for leave to join motions previously filed.

5. Government counsel does not oppose this motion.

6. Allowing defendant Shaw to adopt and conform to motions previously filed will conserve judicial resources by limiting the filing of duplicative motions.

For these reasons and any other reasons that appear to the Court, defendant Shaw moves to adopt and join the following: 1) Co-defendant Christopher Flemming's "Motion to Sever Counts" filed on July 23, 2007 (*See* Docket Entry #53); and 2) Co-defendant Gregory Gant's "Motion to Compel Disclosures Regarding Government Informers and Points and Authorities in Support Thereof" filed on August 27, 2007. (*See* Docket Entry #66)

                                                        Respectfully Submitted,

---

[1] Conroy Forbes was charged in the indictment, but has not yet been arrested or arraigned in the case.

       /s/
Andrea Antonelli
Counsel for Junior Shaw
Bar No. 450238

Suite 301
806 Seventh Street, NW
Washington, DC  2004
Telephone: 202-255-3654
Facsimile: 202-898-1991
e-mail:  apantonelli@verizon.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 06-306 (EGS) |
| JUNIOR SHAW, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

Upon consideration of Defendant Shaw's Unopposed Motion to Adopt and Join Co-Defendant Motions and the entire record in this case, it hereby ordered that the defendant's motion is GRANTED.

It is further ORDERED that defendant Shaw is permitted to adopt and join: 1) Co-defendant Christopher Flemming's "Motion to Sever Counts" filed on July 23, 2007 and; 2) co-defendant Gregory Gant's "Motion to Compel Disclosures Regarding Government Informers and Points and Authorities in Support Thereof" filed on August 27, 2007.

SO ORDERED.

_____
Judge Emmet G. Sullivan
United States District Judge

DATED: _____