UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Case No. 06-306 (EGS) |
| v.            : | |
| : | |
| MICHAEL DANIEL RICHARDS, et al., : | |
| Defendants.     : | |

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney (AUSA) Emory V. Cole is hereby substituting for AUSA Martin D. Carpenter in the above-captioned case. Accordingly, Mr. Cole and AUSA Gregory G. Marshall are now representing the United States in this matter.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney
DC Bar No. 498610

Gregory G. Marshall
Assistant United States Attorney
CT Bar 409959
555 Fourth Street, N.W., Room 4126
Washington, D.C. 20530
office: 353-7557; facsimile: 514-8707
gregory.marshall@usdoj.gov

              /s/
By:  _____
Emory V. Cole
Assistant United States Attorney
PA Bar No. 49136
555 Fourth Street, N.W., Room 4213
Washington, DC 20530
office: 616-3388; facsimile: 514-8707
emory.cole@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served, via electronic case filing, upon counsel for the defendants on this 14th day of January, 2008.

/s/
_____
Emory V. Cole
Assistant United States Attorney